AO 442 (Rev.02/2005-EDVA) Warrant for Arrest

1089333

# United States District Court
### EASTERN DISTRICT OF VIRGINIA

**07-117-M-01**
**WARRANT FOR ARREST**
**TO ACT AS A DETAINER**

UNITED STATES OF AMERICA
v.

Amobi Chibuza Agu

**FILED**
APR 0 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER : 1:05cr539

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest __Amobi Chibuza Agu__ and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment__Information__Complaint__Order of Court__Violation Notice _X_ Probation Violation Petition
__Supervised Release Petition

charging him or her with (brief description of offense):

Violation of Probation - See Attached Petition

In Violation of Title **18** United States Code, Section(s) **3565**

**Kathy Bartell**
Name of Issuing Officer

_Signature of Issuing Officer_

**Deputy Clerk**
Title of Issuing Officer

03/23/07
**401 Courthouse Square Alexandria, VA 22314**
Date and Location

Bail fixed at $_____ by _____

| Date Received 4-4-07 | Name and Title of Arresting Officer DAVID BALDWIN SDUSM | Signature of Arresting Officer David Baldwin |
|---|---|---|
| Date of Arrest 4-4-07 | | |

07-117-M-01.

# UNITED STATES DISTRICT COURT
## for
### EASTERN DISTRICT OF VIRGINIA

Prob 12
(Mod For E VA 01/04)

FILED
MAR 23 2007
CLERK U.S DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Amobi Chibuza Agu          Docket No. 1:05CR00539-001

## Petition on Probation

FILED
APR 4 2007
NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

COMES NOW Daniellia B. Gilliam, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Amobi Chibuza Agu, who was placed on supervision by the Honorable Leonie M. Brinkema sitting in the Court at Alexandria, Virginia, on the 14th day of April, 2006, who fixed the period of supervision at 2 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant be lodged as a detainer. Mr. Agu is currently in custody at the District of Columbia Jail.

Bond Recommendation: None.

| ORDER OF COURT | |
|---|---|
| Considered and ordered this 23rd day of March, 2007 and ordered filed and made a part of the records in the above case.<br><br>_____<br>The Honorable Leonie M. Brinkema<br>United States District Judge | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on 3-22-07<br><br>_____<br>Daniellia B. Gilliam<br>U.S. Probation Officer<br><br>Place Manassas, Virginia |

TO CLERK'S OFFICE

Petition on Probation
Page 2

RE: AGU, Amobi Chibuza

<u>OFFENSE</u>: Passing Counterfeit United States Obligations (Felony), in violation of Title 18, U.S.C., Section 472.

<u>SENTENCE</u>: 2 year supervised probation with the following special conditions:

1. At the direction of the probation officer, the defendant is confined in jail for three (3) days pursuant to Title 18, U.S.C., Section 3563(b)(10), which may be served on weekends or other discrete periods. The defendant must serve this time before the end of May.
2. Defendant shall make a good faith effort to pay his full restitution obligation of $2,000 during probation with minimum monthly payments of $150 to begin 30 days after release from custody.
3. The defendant must remain drug free and submit to mandatory drug testing for which the defendant must pay. The defendant must satisfactorily participate in, and complete, any inpatient or outpatient drug treatment to which defendant is directed by the probation officer.
4. The defendant must satisfactorily participate in, and complete, any inpatient or outpatient mental health counseling, including evaluation of his gambling addiction, and anger management, to which defendant is directed by the probation officer. The fees associated with this are waived.
5. The defendant must waive his privacy rights as to his mental health and drug treatment records and provide the probation officer to access as requested.
6. The defendant shall not incur new credit card charges or open new additional lines of credit without the approval of the probation officer.
7. The defendant shall provide the probation officer with access to all requested financial information.
8. The defendant shall not engage in any financial transactions over $1,000 without prior approval of his probation officer.

A $100 special assessment fee was also imposed.

<u>ADJUSTMENT TO SUPERVISION</u>: On May 31, 2006, Mr. Agu completed the 3-day term of imprisonment. On June 2, 2006, the special assessment fee was paid in full. In June 2006, supervision was transferred to the U.S. Probation Office in the District of Columbia as Mr. Agu is a resident of that jurisdiction.

On March 22, 2007, correspondence was received from United States Probation Officer Toyinka Taylor in the District of Columbia. According to Officer Taylor, Mr. Agu has maintained a stable residence in the District of Columbia and is employed as a sheet metal apprentice with the Sheet Metal Worker's Union located in Suitland, Maryland

Mr. Agu has been referred for mental health and drug treatment, however, due to a family emergency was unable to attend and the session has not been rescheduled.

Petition on Probation
Page 3

RE: AGU, Amobi Chibuza

VIOLATIONS: The following violations are submitted for the Court's consideration.

MANDATORY CONDITION:     COMMISSION OF A CRIME - SIMPLE ASSAULT (OFFENSE DATE 1/20/07) AND CARRYING A PISTOL WITHOUT A LICENSE (OFFENSE DATE 2/18/07)

On January 20, 2007, Mr. Agu was arrested by a member of the Metropolitan Police Department and charged with Simple Assault. According to the police report, police responded to an assault in progress. The officer arrived at 1217 Good Hope Road, S.E., Washington, D.C., and spoke to the victim, who was a club bouncer. The victim was bleeding from the back of his head and stated he did not know who hit him. The officer questioned several individuals at the scene who stated Mr. Agu got into an argument with the victim and struck the victim in the face with a closed fist. The victim then fell to the pavement and hit his head. Mr. Agu was arrested and charged with Simple Assault.

Mr. Agu admitted to Officer Taylor to being involved in a verbal altercation with the victim, but claimed he did not strike the victim at all. Mr. Agu further stated that he did not see the victim fall to the ground and did not run away when the officer approached him because he did nothing wrong. Mr. Agu is scheduled to appear in the District of Columbia Superior Court on April 17, 2007, for a status hearing.

Secondly, on February 18, 2007, Mr. Agu was arrested by a member of the Metropolitan Police Department and charged with Carrying a Pistol Without a License. According to the police report, Mr. Agu was thrown out of a nightclub located at 917 F Street, N.W., Washington, D.C. As he was leaving the location, he was heard by club security saying, "I'll be back and I'm going to kill everybody". Moments later, Mr. Agu returned to the scene after driving a vehicle through a police barricade and stopping in front of the location. Mr. Agu was pointed out to the responding officer. Officers approached the vehicle driven by Mr. Agu and saw a handgun located on the front passenger seat of the vehicle. A search of the vehicle revealed a Lorcin .380 automatic model L380 with one round chambered and five in the magazine. Mr. Agu was arrested and charged with Carrying a Pistol Without a License and Unregistered Ammunition.

On February 22, 2007, Mr. Agu was released from jail and the charges were dismissed as the arresting officer failed to report for the scheduled court hearing. However, on March 15, 2007 the case was re-opened and Mr. Agu was indicted. He is presently in custody at the District of Columbia Jail with a scheduled court date of March 26, 2007.

Petition on Probation
Page 4

RE: AGU, Amobi Chibuza

MANDATORY CONDITION:    POSSESSION OF FIREARM

As indicated above, Mr. Agu was in possession of a firearm when he was arrested.

SPECIAL CONDITION:    **FAILURE TO PAY RESTITUTION AS DIRECTED BY THE COURT.**

As Mr. Agu was released from imprisonment on May 21, 2006, restitution payments totaling $150 per month should have commenced on July 21, 2006, 60 days after release. As of this writing, $600 has been paid toward restitution. With the proper calculations, a total of $1,200 should be satisfied at this time. According to Officer Taylor, Mr. Agu has not been consistent with restitution payments.

CONDITION 11:    **FAILURE TO NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BEING ARRESTED BY A LAW ENFORCEMENT OFFICER.**

Mr. Agu failed to report the arrest of February 18, 2007.


DBG/lmc

cc: CUSPO, Richmond, Virginia

Petition on Probation
Page 5

RE: AGU, Amobi Chibuza

Name: Amobi Chibuza Agu
Case Number: 1:05CR00539-001

## CONFIDENTIAL
## Offender's Personal Information

| | | | |
|---|---|---|---|
| DOB: | | FBI NO.: | |
| SSN: | | REG. NO.: | |
| SEX: | Male | RACE: | Black/Non-Hispanic |
| ADDRESS: | | | |
| | Washington, D.C. or | | |
| | Washington, D.C. | | |
| PHONE: | Unknown | | |