**RECEIVED**

APR — /

NANCY MAYER W_____GTON, CLERK
U.S. DISTRICT COURT

**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 4/4/07

APR 6 2007

*Nancy Mayer-Whittington*
*Clerk of the Court*

Address of Other Court: United States District Court
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA. 22314

**FILED**

APR 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: 07-117M AMOBI CHIBUZA AGU

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Petition on Probation | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other- Blotter dated 4/4/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk